UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYMOND LOUIS REARDON                              CIVIL ACTION

VERSUS                                             NO. 25-2103

ST. TAMMANY PARISH JAIL                            SECTION M (5)
MEDICAL DEPARTMENT

## ORDER

The Court, having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, hereby approves the R&R and adopts it as its opinion in this matter. The magistrate judge properly found that the plaintiff ignored an express Court order to remedy the deficiency in his complaint by paying the filing fee or submitting an application to proceed *in forma pauperis*. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or comply with a court order.

New Orleans, Louisiana, this 28th day of January, 2026.

                                            BARRY W. ASHE
                                            UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 4.